John F. Sniegowski, Administrator of Estate of Raymond J. Sniegowski, Deceased, Appellant, v. Edward L. Reece and George W. Klein, Appellees.

Gen. No. 42,536.

Heard in the third division, first district, this court at the December term, 1942; opinion filed May 18, 1945; rehearing denied June 8, 1945; released for publication June 8, 1945. Guy C. Guerine and McKinley & Price, for appellant; Guy C. Guerine and Paul E. Price, of counsel; Gardner, Carton & Douglas, for appellees; Erwin W. Roemer and James A. Velde, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.